### OLIVER ARNOLD VS. BENJAMIN THOMAS.

An affidavit to hold to bail in an action of trover, *should state facts which show a conversion.*

But an affidavit to hold to bail in an action of trover *is not necessary;* the plaintiff can hold to bail of course, and defendant must apply to mitigate the amount or discharge on common bail.

*Motion by defendant to vacate an order to hold bail.*—This was an action of trover; the affidavit to hold defendant to bail, is as follows: (title of the cause,) "Cortland county, ss. Oliver Arnold, of Homer, being duly sworn, says, that Benjamin Thomas, the above named *defendant, has possessed himself of divers, goods, wares, and chattels* of the deponent of the value of five hundred dollars, which he has *refused to deliver* to this deponent, and has converted the same to his own use."

Upon this affidavit the defendant was held to bail by a supreme court commissioner.

M. T. REYNOLDS, *Defts Counsel.*          J. H. THOMAS, *Defts Atty.*

S. STEVENS, *Plffs Counsel.*          I. A. GATES, *Plffs Atty.*

It was insisted by defendant, that the affidavit was insufficient, for the reason that the *facts stated in it, did not show a conversion;* the defendant might have hired the property from plaintiff.

BEARDSLEY, Justice.—Held the affidavit insufficient, for the reason mentioned, and decided that no order was necessary; that plaintiff could hold to bail of course, and defendant must apply to mitigate the amount or discharge on common bail. Order to hold bail vacated, without costs